**Commonwealth of Massachusetts**
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

## HDCV2004-00358
### Herbert v Hartford Financial Services Group Inc

| | | | | | |
|---|---|---|---|---|---|
| File Date | 04/07/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 04/26/2004 | Session | A - Civil A - CtRm 6 | | |
| Origin | 1 | Case Type | B22 - Employment Discrimination | | |
| Lead Case | | Track | F | | |
| Service | 07/06/2004 | Answer | 09/04/2004 | Rule12/19/20 | 09/04/2004 |
| Rule 15 | 09/04/2004 | Discovery | 02/01/2005 | Rule 56 | 03/03/2005 |
| Final PTC | 04/02/2005 | Disposition | 06/01/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Linda E Herbert
Active 04/07/2004

**Private Counsel 069660**
Maurice M Cahillane
Egan Flanagan & Cohen
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
Phone: 413-737-0260
Fax: 413-737-0121
Active 04/07/2004 Notify

**Defendant**
Hartford Financial Services Group Inc
Served: 04/12/2004
Served (answr pending) 04/15/2004

**Private Counsel 470300**
Thomas Royal Smith
Jackson Lewis LLP
1 Beacon Street
Suite 3300
Boston, MA 02108
Phone: 617-367-0025
Fax: 617-367-2155
Active 04/26/2004 Notify

**Private Counsel 600743**
Erik J Winton
Jackson Lewis LLP
1 Beacon Street
33rd floor
Boston, MA 02108-
Phone: 617-367-0025
Fax: 617-367-2155
Active 04/26/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/07/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/07/2004 | | Origin 1, Type B22, Track F. |
| 04/15/2004 | 2.0 | SERVICE RETURNED: Hartford Financial Services Group Inc(Defendant). |
| 04/26/2004 | | Notice for Removal to the United States District Court filed by Hartford Financial Services Group Inc |
| 04/26/2004 | 3.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

MAS-20020121
dunhamti
Case 3:04-cv-30079-MAP   Document 2   Filed 04/30/2004   Page 2 of 2
Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket
04/28/2004
10:49 AM

## HDCV2004-00358
### Herbert v Hartford Financial Services Group Inc



A TRUE COPY OF THE DOCKET MINUTES: IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 28th day of April, 2004

*Gina M D___*
Deputy Asst Clerk