UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA E. HERBERT<br>    Plaintiff<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.<br>    Defendant | CIVIL ACTION NO. 04-30079-MAP |

## MOTION OF THE HARTFORD FINANCIAL SERVICES GROUP, INC. TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12 (b)(2)

Defendant, The Hartford Financial Services Group, ("The Hartford"), hereby moves pursuant to F.R.C.P. 12(b)(2) for Dismissal of the Complaint on the basis of lack of personal jurisdiction. The grounds for this motion are set forth more fully in the supporting memorandum, affidavit of Lisa Anderson, and exhibits filed herewith.

## REQUEST FOR ORAL ARGUMENT

Further, The Hartford respectfully requests oral argument on its motion to dismiss, pursuant to Local Rule 7.1(D). The Hartford believes oral argument would assist this Court in its decision-making process.

Respectfully submitted,

THE HARTFORD FINANCIAL
SERVICES GROUP, INC.
By its attorneys,

/s/ Erik J. Winton
Thomas Royall Smith, BBO #470300
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
Dated: May 3, 2004         (617) 367-0025