UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA E. HERBERT,<br>　　　Plaintiff<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.,<br>　　　Defendant | CIVIL ACTION NO. 04-30079-MAP |

### DEFENDANT'S F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Defendant The Hartford Financial Services Group, Inc. submits this corporate disclosure statement. The Hartford Financial Services Group, Inc. has no parent corporation and is publicly traded on the New York Stock Exchange.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THE HARTFORD FINANCIAL
　　　　　　　　　　　　　　　　　　　SERVICES GROUP, INC.
　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　/s/Erik J. Winton
　　　　　　　　　　　　　　　　　　　Thomas Royall Smith, BBO #470300
　　　　　　　　　　　　　　　　　　　Erik J. Winton, BBO #600743
　　　　　　　　　　　　　　　　　　　Jackson Lewis LLP
　　　　　　　　　　　　　　　　　　　75 Park Plaza
　　　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　　　(617) 367-0025

Dated: May 3, 2004