UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA E. HERBERT
    Plaintiff

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC.
    Defendant

CIVIL ACTION NO. 04-30079-MAP

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that the parties have conferred and attempted in good faith to resolve or narrow the issues regarding the Motion of The Hartford Financial Services Group, Inc. to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(2), particularly during a telephone conference on April 29, 2004.

Respectfully submitted,

THE HARTFORD FINANCIAL
SERVICES GROUP, INC.
By its attorneys,

/s/Erik J. Winton
Thomas Royall Smith, BBO #470300
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: May 3, 2004