UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA E. HERBERT
        Plaintiff

v.                                              CIVIL ACTION NO. 04-30079-MAP

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.
        Defendant

## AFFIDAVIT OF LISA ANDERSON IN SUPPORT OF MOTION OF THE HARTFORD FINANCIAL SERVICES GROUP, INC. TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2)

I, LISA ANDERSON, hereby depose and state:

1.      My name is LISA ANDERSON. I am a resident of the State of Connecticut, over twenty-one (21) years of age, and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit.

2.      From 1999 through January, 2004, I was a Consultant with the Office of Equal Opportunity Development ("EOD") at The Hartford Financial Services Group, Inc. ("The Hartford"), located in Hartford, Connecticut. As an EOD Consultant, my responsibilities included investigating and responding to claims of discrimination brought against The Hartford.

3.      I recall receiving a copy of a charge of discrimination brought by a former employee at The Hartford's Hartford, Connecticut office, Linda E. Herbert ("Plaintiff"), with the State of Connecticut Commission on Human Rights and Opportunities ("CHRO"). I investigated Plaintiff's charge and filed The Hartford's response and position statement with CHRO. On December 19, 2001, CHRO dismissed Plaintiff's charge of discrimination, and on February 6, 2002, CHRO issued a Notice of Right to Sue in Connecticut Superior Court.

4.    My investigation revealed that the Plaintiff worked for The Hartford out of its Hartford office, only.  The Plaintiff never worked out of any of The Hartford's Massachusetts offices.

5.    The Plaintiff was terminated on June 11, 2001, after she signed a statement wherein she admitted to stealing over $18,000 worth of equipment from The Hartford.  A copy of Plaintiff's signed statement is attached as Exhibit 1 to this Affidavit.  The decision to terminate the Plaintiff was made at The Hartford's Hartford, Connecticut offices.  The meeting at which the Plaintiff was advised of her termination took place at The Hartford's Hartford, Connecticut offices, as well.

6.    I am unaware of the Plaintiff having ever filed any charge of discrimination with the Massachusetts Commission Against Discrimination.

7.    The Hartford employs individuals in Massachusetts, however the Plaintiff never worked for The Hartford in Massachusetts.


Signed under the pains and penalties of perjury this 3rd th day of May, 2004.

Lisa Anderson

ROBIN L. BASAL
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/28/07

2