# EXHIBIT 1

June 11, 2001
10:45 A M
Hartford, CT

## STATEMENT OF LINDA A. HERBERT

I, Linda A. Herbert, DOB 02/14/47, age 54, SSN 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 of 11 Ruth Avenue, Chicopee, MA 01013, telephone (413) 592-8693 (H) and (860) 547-6516 (W), make the following voluntary statement to John Jacewicz and Richard Sealander of The Hartford's Department of Special Investigations.

I am currently employed by The Hartford as a Strategic Analyst/Trader. I have worked for The Hartford since 02/10/97. I understand that The Hartford is currently conducting an internal investigation into the HP PurchasEdge order program offered by the Hewlett Packard Corporation. I understand that this is an extremely serious matter that requires my complete candor and cooperation. I also understand that anything other that my complete truthfulness and cooperation during this investigation could result in discipline, up to and including my termination of employment with The Hartford. I understand that I may have a Hartford Human Resource representative present during this interview and have declined that offer. I also understand that I can request a Human Resource representative to join this interview at any time.

On this date I have been shown a printout of a, "HP PurchaseEdge Order History for Linda Herbert". I have initialed a copy of that document and it has been attached to my sworn statement. That document indicates I received $18,479 worth of Hewlett Packard equipment ordered through the PurchaseEdge program. I believe that printout to be an accurate record of the merchandise that I received through this program. The Hewlett Packard PurchaseEdge program awards points for the purchases of toner made from Hewlett Packard by The Hartford. In my capacity as a Strategic Planner/Trader, I routinely receive The Hartford's monthly usage report that includes the purchase of toner by all Hartford facilities. I then sort through the list and identify toner prurchases at my home. Depending on where I was when I completed highlighting the list, I would fax the list to Hewlett Packard. I would sometimes fax them the list from home and sometimes I would do it from The Hartford. Hewlett Packard then awarded me points for the toner purchased by The Hartford . Hewlett Packard then provided me with a list of merchandise that I can receive in return for the PurchaseEdge points I have been awarded. At one point I had about 130,000 PurchasePoints. I don't know exactly how many points are currently in my PurchasePoint account.

The above referenced printout identifies nine shipments of HP merchandise being delivered to "59 Anniversary Street, Springfield, Massachusetts". That was my home address until January of this year. I received eleven (11) HP printers and six (6) digital

1

cameras at that location. The above referenced printout indicates five (5) digital cameras were also shipped to "11 Ruth Avenue, Hartford, Connecticut". That is a mistake on the printout. The five digital cameras, shipped on April 2, 2001, were shipped to "11 Ruth Avenue in Chicopee, Massachusetts" not Hartford. The printout also shows that two (2) HP Laserjet 1100 printers were shipped to "110 June Circle, Rocky Hill, CT". Those printers were sent to Joanne Carlone and Maria Fontana. They both reside at that address and in January 2000, when both were employed by The Hartford. I volunteered to get the printers for them for those occasions when they worked at home. Joanne Carlone no longer works for The Hartford. The above referenced invoice also indicates that two (2) orders for ten (10) printers were delivered to "1 Linsley Drive, Plainville, Connecticut". Those ten printers were delivered to the Naval Reserve Center.

I am familiar with the Hartford's specialized code of conduct and ethics for those employees involved in purchasing on behalf of The Hartford. I understand that Hartford employees working in a capacity such as mine are held to a much higher standard to other employees relative to prohibition against employees receiving any type of personal benefit resulting from their work related purchases. At this time, I would like to explain what happened to this merchandise I received from Hewlett Packard. As noted above, Joanne Carlone and Maria Fontana each received a printer. The Naval Reserve Center received fourteen (14) printers and one (1) digital camera. I gave at least five (5) of the printers and five (5) digital cameras to Team Yankee. Team Yankee is a joint service military reserve center located at Westover Air Force Base in Chicopee, Massachusetts. I gave two of the printers (Laserjet 3100 and Officejet G85XI) to my daughter Dawn Depathy who resides in Northboro, Massachusetts. I also gave Dawn a digital camera that she donated to the Cancer Society. I gave one printer (Officejet G85XI) to my daughter Deidre Jendrysik, who resides in Agawam, Massachusetts. I currently have a G85XI printer, a LaserJet 3100 printer and two digital cameras at my home. All of these items were obtained through HP PurchaseEdge points I was awarded for toner purchases made by The Hartford. These are the only item I ever ordered and received from the HP PurchaseEdge program.

I am currently a member of the U.S. Navy Reserve. I hold the title of Senior Chief Petty Officer (E-8). The equipment I gave to the Navy Reserve and Team Yankee were what I considered to be charitable contributions because the military was in need of this type of equipment. I do not have any type of documentation or written permission from anyone at The Hartford to make these types of charitable donations but I think my former supervisor, Rich Milone knew what I was doing with the equipment going to the military. I once attempted to obtain formal permission to give funds for education to the military but was told I could not do this because The Hartford required a certification of tax exempt status and the military could not provide such a certificate. The HP equipment that is at my home and at the homes of my two daughters was a decision I made on my own. That was a decision that was probably not right on my part and I am willing to pay The Hartford back for this merchandise. I never received any type of receipt or documentation from the military for the equipment I gave them.



2

In addition to the above referenced items I obtained through the PurchaseEdge program, I gave the Navy Reserve and Team Yankee several tables, desks, chairs, credenzas that were surplus to The Hartford.

I have read the above statement and been afforded to make any corrections, additions, deletions and/or modifications. This is a true statement.

Signed:   Linda A. Herbert          Witnessed:   John S. Jacewicz
          *Linda Herbert*                        Richard Sealander Jr.
                                                *Richard Sealander*

Sworn and subscribed before me this 11th day of June 2001, at Hartford Connecticut.
*Richard F. Sealander Jr.*
Richard F. Sealander Jr.
Notary Public
My Commission expires March 31, 2004