✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| LINDA HERBERT  <br><br>V.  <br><br>THE HARTFORD FINANCIAL GROUP | **NOTICE**  <br><br><br>CASE NUMBER:     04-30079-MAP |

TYPE OF CASE:

☒  CIVIL            CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street <br> Springfield, Massachusetts 01103 | Courtroom Three |
| | DATE AND TIME <br> June 17, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON [3] MOTION TO DISMISS

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| May 26, 2004 | /s/ Bethaney A. Healy |
| DATE | (BY) DEPUTY CLERK |

TO:     All Counsel of Record