UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30079

LINDA E. HERBERT,           )
    Plaintiff              )
                           )
Vs.                        )
                           )   **PLAINTIFF'S MOTION**
                           )   **TO CONTINUE**
THE HARTFORD FINANCIAL     )
SERVICES GROUP, INC.,      )
    Defendant              )

Now comes the plaintiff and moves for a continuance of the Hearing on Defendant's Motion to Dismiss scheduled for June 17, 2004, at 2:00 p.m. and as reason therefore states:

1. Counsel for the plaintiff has been called for trial in Hampden County Superior Court (Hodge vs. Roman Catholic Bishop of Springfield, Docket No. 02-332) that is expected to last three days.

2. Counsel also has a vacation scheduled between June 21 and June 26 and, therefore, requests that the motion hearing be postponed until after June 26, 2004.

3. Counsel for the plaintiff certifies that he conferred with counsel for the defendant and have attempted in good faith to resolve or narrow the issue.

4. Counsel for the defendant has assented to the motion.

Wherefore, the plaintiff requests that the motion hearing scheduled for June 17, 2004, be postponed until the next available date after June 26, 2004.

THE PLAINTIFF
BY HER ATTORNEY

Date: June 16, 2004

*/s/ Maurice M. Cahillane*
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 16th day of June, 2004, on all parties, by First Class Mail, postage prepaid, to: Thomas Royal Smith and Erick J. Winton, Attorneys for the Defendant, Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116.

*/s/ Maurice M. Cahillane*
Maurice M. Cahillane

10373-010500\71360.wpd