UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA E. HERBERT
            Plaintiff

v.                                                      CIVIL ACTION NO. 04-30079-MAP

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.
            Defendant

## ASSENTED TO MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM

Defendant, The Hartford Financial Services Group, Inc. ("The Hartford"), hereby moves for permission to file the attached Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss. As a basis for this motion, The Hartford states that the attached Reply will assist the Court in its ruling regarding Defendant's Motion to Dismiss. Plaintiff's Counsel assents to The Hartford's filing of this Reply Memorandum.

Respectfully submitted,

THE HARTFORD FINANCIAL
SERVICES GROUP, INC.
By its attorneys,


/s/Erik J. Winton
Thomas Royall Smith, BBO #470300
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated: June 29, 2004