Law Offices Of

# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

William C. Flanagan *
John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Eileen Z. Sorrentino
Joseph A. Pacella*
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau
Richard J. Kos
Joan F. McDonough
Katherine A. Day
Jennifer Midura D'Amour*

*Senior Counsel*
  Mary E. Boland

*Of Counsel*
  David G. Cohen♦

James F. Egan
  (1896-1986)
Edward T. Collins
  (1902-1995)
Charles S. Cohen
  (1931-2004)

*Also admitted in CT
'Also admitted in DC
Also admitted in FL
♦Also admitted in NY
Also admitted in TX

July 6, 2004

Office of the Clerk
United States District Court
District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    RE:    Herbert v. The Hartford Financial Services Group, Inc.
               Civil Action No. 04-30079

To the Clerk:

In accordance with the Court's request at oral argument last week, the plaintiff has considered the matter of the venue of this case and will agree to a transfer of this case to the United States District Court for the District of Connecticut in Hartford.

                           Sincerely,

                           Maurice M. Cahillane

MMC/par

10373-010500\72403.wpd

cc:    Erick J. Winton, Esq.