UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA E. HERBERT, ) | |
|         Plaintiff ) | |
| ) | |
|       v. ) | Civil Action No. 04-30079-MAP |
| ) | |
| ) | |
| THE HARTFORD FINANCIAL ) | |
| SERVICES GROUP, INC., ) | |
|         Defendant ) | |

MEMORANDUM AND ORDER WITH REGARD TO
DEFENDANT'S MOTION TO DISMISS (Document No. 3)
July 12, 2004

NEIMAN, U.S.M.J.

The Hartford Financial Services Group, Inc. ("Defendant")'s motion to dismiss Linda Herbert ("Plaintiff")'s employment discrimination complaint for lack of personal jurisdiction has been referred to this court for a report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B). At oral argument, Defendant indicated that it would withdraw its motion if Plaintiff would agree to transfer the action to the United States District Court for the District of Connecticut. In a letter dated July 6, 2004, Plaintiff so agreed. For its part, the court concurs that a transfer "is in the interest of justice." 28 U.S.C. § 1631. Accordingly, the court hereby considers Defendant's motion to dismiss withdrawn and ORDERS the clerk to transfer the action to the United States District Court for the District of Connecticut.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                 KENNETH P. NEIMAN

U.S. Magistrate Judge